**Filed: 03/10/2022**
**Clerk, U.S. District Court**
**Western District of Texas**

By:___*FMorales*___

**Deputy**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number:  EP:22-M -00482(1)** |
| | § | |
| **(1) OSWALD ESPINOZA** | § | |
| *Defendant* | | |

# ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender, of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It  is, accordingly, so ORDERED this 10th day of March, 2022.


_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**